**FULL NAME** TASHAMI J. SIMS
**COMMITTED NAME (if different)** " "
**FULL ADDRESS INCLUDING NAME OF INSTITUTION** MEN'S CENTRAL JAIL
441 BAUCHET STREET, LOS ANGELES, CA 90012
**PRISON NUMBER (if applicable)** 1549469

FILED
2010 JUL 22 PM 12:42
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TASHAMI J. SIMS

PLAINTIFF,

JOHN KELLY, DAVID CHEVEZ, LUIS SANCHEZ, F. VARGAS, JORGE DIAZ-AGUIRRE, A. FEDERICO, LEROY D. BACA

DEFENDANT(S).

**CASE NUMBER** 2:10-cv-5294 (MLG)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____N/A_____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not __NO RESPONSE__

4. Please attach copies of papers related to the grievance procedure.   SEE ATTACHED GRIEVANCE

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __TASHAMI J. SIMS__
(print plaintiff's name)
who presently resides at __441 BAUCHET STREET, LOS ANGELES, CA 90012__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__NORTH COUNTY CORRECTIONAL FACILITY, CASTAIC CALIFORNIA__
(institution/city where violation occurred)
__29340 THE OLD ROAD, CASTAIC, CA 91384__

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                                          Page 2 of 10

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE COMPLAINT / SERVICES REQUEST FORM

### Instructions:
Fill out the portion below as completely as possible. Place an "X" in the appropriate box. Once completed, tear off the last copy for yourself and then place the original and the second copy into the "Request / Complaint Form" box. Some of the choices may or may not apply to you or your facility.

**Only one request per form.**

| Name | Booking # | Facility | Housing Loc. | Date |
|---|---|---|---|---|
| TASHAMI SIMS | 1549469 | N.C.C.O | 8214 | 10/2/08 |

## I WOULD LIKE TO SPEAK WITH A:

- ☐ Medical Staff regarding: _____
- ☐ Mental Health (Circle all that apply) Speak to a clinician, inquire about medication, or other: _____
- ☐ Dentist regarding: _____
- ☐ Release Planner from the Community Transition Unit (Circle all that apply). Information on any court ordered classes (domestic violence, parenting, substance abuse assistance), education programs, job training, housing, medical health, mental health, transportation to a shelter or drug rehab programs, social security benefits, or religious services.

Inmate Services
- ☐ Chaplain: Religious Preference _____ Language _____
- ☐ Education Representative  ☐ V.A. Representative

- ☒ Other: CAPTAIN

## REQUEST TO SPEAK WITH THE APPROPRIATE PERSON REGARDING:
- ☐ Becoming an inmate worker.
- ☐ Becoming an inmate station worker.
- ☐ Attending school while in custody.
- ☐ Attending substance abuse treatment while in custody.
- ☐ Other: _____
- ☐ Voter Information

## REQUEST FOR INFORMATION:
- ☐ When is my release date?  ☐ When is my next court date?  ☐ What is my account balance?  ☐ Other: _____

## I WOULD LIKE TO RECEIVE:
- ☐ Haircut (Indigent / No Funds)  ☐ Writing materials (Indigent / No Funds)  ☐ Commissary  ☐ Shoes  ☐ Other: _____ Specify
- ☐ Library time (May or may not apply to your facility)  ☐ Law Library time  ☐ Legal forms _____ Specify

## I HAVE THE FOLLOWING REQUEST / COMPLAINT:
(If this is a complaint, include dates, times, and names of persons involved. Attach additional pages if needed.)

ON JULY 28, 2008 I WAS ASSAULTED BY THE FOLLOWING OFFICERS: VARGAS, DIAZ, CHEVEZ AND SANCHEZ. THESE DEPUTIES WORKED ON PM SHIFT AT N.C.C.F IN THE INMATE PROCESSING AREA ON THE ABOVE DATE. THERE WERE OTHER DEPUTIES WHO ASSAULTED ME ALSO. I DO NOT KNOW THERE NAMES AT THE MOMENT. PLEASE INVESTIGATE THIS MISCONDUCT. THIS IS A CITIZEN'S COMPLAINT. I INTEND TO FILE A LAWSUIT.

---FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE---

Assigned To:  ☐ Medical Services  ☐ Dental  ☐ Mental Health  ☐ Food Services  ☐ Inmate Services  ☐ CTU

Name Of Person Handling Request / Complaint For Service  ☐ Request For Service  ☐ Personnel Complaint  ☐ Service Complaint  ☐ Other Facility

on (date or dates) July 28 2008 _____, _____, _____.
                                (Claim I)           (Claim II)         (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **F. VARGAS** resides or works at
   (full name of first defendant)

   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)

   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   **F. VARGAS IS A L.A.S.D DEPUTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C.F**

2. Defendant **D. CHEVEZ** resides or works at
   (full name of first defendant)

   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)

   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   **D. CHEVEZ IS A L.A.S.D DEPUTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C.F**

3. Defendant **L. SANCHEZ** resides or works at
   (full name of first defendant)

   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)

   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   **L. SANCHEZ IS A L.A.S.D DEPUTY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C.F**

4. Defendant **JOHN KELLY** resides or works at
   (full name of first defendant)
   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)
   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   JOHN KELLY IS A L.A.S.D SENIOR DEPUTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF SENIOR DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C

5. Defendant **LEROY BACA** resides or works at
   (full name of first defendant)
   **SHERIFF'S HEADQUARTERS 4700 RAMONA BLVD. MONTEREY PARK, CA 91754-2169**
   (full address of first defendant)
   **HEAD SHERIFF OF L.A.S.D**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   L. BACA IS THE HEAD SHERIFF OF LA CO. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE L.A.S.D AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING N.C.C.F

---

CV-66 (7/97)         CIVIL RIGHTS COMPLAINT         Page 4 of 10

6. Defendant **J. DIAZ-AGUIRRE** _____ resides or works at
   (full name of first defendant)
   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)
   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   J.D. AGUIRRE IS A L.A.S.D DEPUTY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C.F

7. Defendant **A. FEDERICO** _____ resides or works at
   (full name of first defendant)
   **29340 THE OLD ROAD, CASTAIC, CA 91384**
   (full address of first defendant)
   **LOS ANGELES COUNTY DEPUTY SHERIFF**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   A. FEDERICO IS A L.A.SD DEPUTY WHO AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF DEPUTY SHERIFF AND WAS ASSIGNED TO N.C.C.F

D. CLAIMS*

CLAIM I

The following civil right has been violated:

CAUSES OF ACTION OF CLAIMANT'S COMPLAINT MAY INCLUDE: ASSAULT, BATTERY, THE USE OF UNNECESSARY AND EXCESSIVE FORCE, VIOLATION OF CALIFORNIA CIVIL CODE SECTION 51.7, VIOLATION OF FEDERAL CIVIL RIGHTS 42 U.S.C SECTION 1983, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, DENIAL OF MEDICAL ATTENTION AND NEGLIGENCE.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SAID CLAIM ARISES FROM THE FOLLOWING CIRCUMSTANCES:

ON July 28, 2008, AT APPROX. 4:00 a.m., CLAIMANT WAS ESCORTED TO NORTH COUNTY CORRECTIONAL FACILITY'S (N.C.C.F) INMATE PROCESSING AREA (I.P.A.) FOR TEMPORARY HOUSING PENDING TRANSFER TO COURT BY DEPUTIES F. VARGAS, D. CHEVEZ, L. SANCHEZ, A. FEDERICO, J. DIAZ-AGUIRRE AND SR. J. KELLY. ONCE INSIDE THE I.P.A DEPUTY VARGAS YANKED CLAIMANT BY THE REAR OF HIS SHIRT AND PUSHED HIM INTO AN ISOLATION CELL AWAY FROM SEVERAL WITNESSES. AT THIS POINT DEPUTY VARGAS AND SR. KELLY WERE BLOCKING CELL F'S DOORWAY ENTRANCE. A DISCUSSION ENSUED REGARDING THE CLAIMANT BELIEVING THAT HE WAS BEING HARASSED AND TREATED UNEQUAL. AT SOME POINT IN THE CONVERSATION, CLAIMANT INFORMED THE DEPUTIES THAT HE WOULD BE ADVISING THE COURTS OF HIS MISTREATMENT BY DEPUTY VARGAS ON July 25, 2008. DEPUTY VARGAS IMMEDIATELY INFORMED CLAIMANT THAT HE COULD DO WHATEVER HE DESIRED TO HIM, INCLUDING ADD CHARGING CLAIMANT FOR ANYTHING HE WISHED.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CLAIMANT INFORMED DEPUTY VARGAS THAT HE HAD DONE NOTHING TO WARRANT AN ADDITIONAL CHARGE. DEPUTY VARGAS THEN TOLD CLAIMANT TO SHUT UP AND CALLED HIM A BITCH. UTTERING A PROFANITY, CLAIMANT BEGAN TO RETREAT FURTHER FROM DEPUTY VARGAS AND HIS "CREW". AT CLAIMANT'S NON-AGGRESSIVE MANNER, DEPUTY VARGAS RESPONDED BY GRABING CLAIMANT BY THE NECK AND PUNCHED HIM IN THE FACE. DEPUTY VARGAS PLACED HIM IN A CHOKE HOLD AND THREW CLAIMANT TO THE GROUND. AS A RESULT CLAIMANT'S FACE HIT THE GROUND. ON THE GROUND DEPUTY VARGAS REPEATEDLY PUNCHED CLAIMANT IN THE BACK WHILE DEPUTY FEDERICO HELD CLAIMANT'S BODY DOWN.

DEPUTY VARGAS CONTINUED TO PUNCH CLAIMANT WHILE DEPUTIES CHEVEZ, SANCHEZ AND DIAZ-AGUIRRE JOINED IN BY STRIKING CLAIMANT FORCEFULLY IN THE BACK AND HEAD WITH FLASH LIGHTS AND THEIR FISTS. DEPUTY FEDERICO THEN PULLED CLAIMANT'S PANTS DOWN AND OFF WHILE DEPUTY CHEVEZ BEGIN STOMPING AND KICKING HIM WITH HIS BOOTS UNTIL HE LOSS CONSCIOUSNESS. SR. KELLY STOOD NEARBY OBSERVING THE ABOVED MENTIONED DEPUTIE'S INFLICT UNNECESSARY AND WANTON PAIN, AND EXCESSIVE FORCE WHICH AMOUNTED TO CRUEL AND UNUSAL PUNISHMENT. AT NO TIME DID CLAIMANT ASSAULT OR RESIST THE DEPUTIES WHILE THEY WERE PHYSICALLY ATTACKING HIM. WHEN CLAIMANT FINALLY REGAIN CONSCIOUSNESS, HE WAS FACE DOWN ON THE GROUND BEING PEPPER SPRAYED AND KICKED AT TO WAKE UP BY THE DEPUTIES. HE WAS THEN HANDCUFFED BY DEPUTY FEDERICO. DISORIENTED AND STAGGERING, CLAIMANT WAS PULLED UP INTO A SITTING POSITION BY THE DEPUTIES. ONCE SEATED, THE DEPUTIES THEN TOLD CLAIMANT THAT "[HE WAS] GOING TO LEARN [HIS] PLACE WHILE IN JAIL."

ONE OF THE DEPUTIES THEN MADE SEVERAL JOKES ABOUT CLAIMANT'S INABILITY TO BREATHE WHEN DEPUTY DIAZ-AGUIRRE WAS PEPPER SPRAYING HIM

Claimant then expressed his indignation for being harassed and assaulted. Claimant remained handcuffed in a sitting position on the ground for approx. 20 minutes while waiting to receive much needed medical attention. When claimant reached the nurses office he was slammed into a waiting chair and again ruffed up by deputies.

Claimant was charged with one count of assault on a peace officer and two counts of resisting a peace officer two months later and a day after the county counsel was informed by the Los Angeles County Board of Supervisor's that claimant intended to file a lawsuit.

Leroy Baca and John Kelly, Head Sheriff and Senior Deputy for the Los Angeles Sheriff Department, by and through their supervisory officials and employees, have been given notice on repeated occasions of a pattern of ongoing constitutional violations and practices by defendants D. Chevez, F. Vargas and L. Sanchez consisting of the use of unnecessary and excessive force against African American inmates and false claims and charges to cover up their wrong doing. Despite said notice, defendants L. Baca and J. Kelly have demonstrated deliberate indifference to the pattern and practice of constitutional violations by failing to take necessary, appropriate or adequate measures to prevent the continued perpetuation of said pattern of conduct by D. Chevez, F. Vargas and L. Sanchez.

Further, defendants L. Baca and J. Kelly have failed to adequately train defendant sheriff deputies, D. Chevez, F. Vargas, L. Sanchez, J. Diaz-Aguirre and A. Federico and other sheriff deputies in the proper use of force in the course of their employment as sheriff deputies. This lack of an adequate supervisorial response


AND TRAINING BY DEFENDANTS L. BACK AND J. KELLY DEMOSTRATES THE EXISTENCE OF AN INFORMAL CUSTOM OR POLICY WHICH TOLERATES AND PROMOTES THE CONTINUING USE OF EXCESSIVE FORCE AGAINST AND VIOLATION OF CIVIL RIGHTS OF AFRICAN AMERICAN INMATES BY D. CHEVEZ, F. VARGAS, L. SANCHEZ, J. DIAZ-AGUIRRE AND A. FEDERICO.

DESCRIPTION OF NATURE AND EXTENT OF INJURIES AND DAMAGES CLAIMANT'S PHYSICAL INJURIES INCLUDE BUT ARE NOT LIMITED TO: PAIN AND INJURY TO HIS BODY FROM BEING SLAMMED TO THE GROUND, FACE HITTING THE PAVEMENT, PAIN AND INJURY TO HIS WRISTS AND ARMS AND MUSCLE SORENESS FROM BEING SLAMMED, PUNCHED AND KICKED WHILE ON THE GROUND AND WHILE TIGHTLY HANDCUFFED. CLAIMANT SUFFERED FROM FACIAL AND BACK ABRASION AND LOSS CONSCIOUSNESS. CLAIMANT SUFFERED AN ACHING HEAD AND A SORE NECK, INFLICTED ON HIM BY DEFENDANTS D. CHEVEZ, F. VARGAS, L. SANCHEZ, J. DIAZ-AGUIRRE, AND A. FEDERICO. CLAIMANT WAS PHYSICALLY AND EMOTIONALLY INJURED AND DAMAGED AS A PROXIMATE RESULT OF THIS INCIDENT.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

CLAIMANT'S DAMAGES INCLUDE: GENERAL, SPECIAL, COMPENSATORY, PUNITIVE, ATTORNEY'S FEES FOR CIVIL RIGHTS VIOLATIONS, AND TREBLE DAMAGES, AND $10,000.00 FOR EACH OFFENSE, PURSUANT TO CALIFORNIA CIVIL CODE SECTION 52(b).

TASHAMI JAMAU SIMS PRESENTS A CLAIM FOR DAMAGES AGAINST THE HEAD SHERIFF OF THE LOS ANGELES SHERIFF DEPT. LEROY D. BACA, SENIOR DEPUTY JOHN KELLY AND L.A.S.D. DEPUTIES D. CHEVEZ, F. VARGAS, L. SANCHEZ, J. DIAZ-AGUIRRE, AND A. FEDERICO, IN THE SUM OF FIVE MILLION DOLLARS ($5,000,000.00)

_____   Tashami J. Sims
(Date)                    (Signature of Plaintiff)



Sims

MDI, INC.
Gary Cooper
2219 W. Olive Avenue # 100
Burbank, CA 91506

RECEIVED
CLERK, US DISTRICT COURT
JUL 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ MR

1983

U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
ATTN: PRO SE CLERK
312 N. SPRING ST - RM G8
LOS ANGELES, CA. 90012



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, July 22, 2010

TASHAMI J. SIMS  1549469
MEN'S CENTRAL JAIL
441 BAUCHET STREET
LOS ANGELES, CA 90012

Dear Sir/Madam:

   A Complaint for Civil Rights was filed today on your behalf and assigned civil case number
   CV10- 5294 AG (MLG)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and
     assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   ☐ District Court Judge _____
   ☐ Magistrate Judge _____
at the following address:

☐ U.S. District Court
  312 N. Spring Street
  Civil Section, Room G-8
  Los Angeles, CA  90012

☒ Ronald Reagan Federal
  Building and U.S. Courthouse
  411 West Fourth St., Suite 1053
  Santa Ana, CA  92701-4516

☐ U.S. District Court
  3470 Twelfth Street
  Room 134
  Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

                                        Sincerely,

                                        Clerk, U.S. District Court


                                        By:  _____SBOURGEO_____
                                             Deputy Clerk

CV-19 (04/01)           **LETTER re FILING CIVIL RIGHTS COMPLAINT**