FILED
OCT 29 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TASHAMI J. SIMS, AKA JAMES KING, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KELLY, et al., <br><br> Defendant. | Case No. CV 10-5294-AG (MLG) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: October 28, 2012

Andrew J. Guilford
United States District Judge