**FILED**
OCT 29 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TASHAMI J. SIMS, AKA JAMES KING,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN KELLY, et al.,<br><br>    Defendant. | Case No. CV 10-5294-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: October 28, 2012

_____
Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY